under of the appellant reinstated, upon the authority of Laird v. Carton, 196 N. Y. 169, 89 N. E. 822, 25 L. R. A. (N. S.) 189, and Brearley School, Limited, v. Ward (decided by the Court of Appeals March 28, 1911) 94 N. E. 1001. See, also, 129 N. Y. Supp. 249.

DEMUTH v. KEMP et al. (Supreme Court, Appellate Division, Second Department. April 28, 1911.) Action by Jeannette Demuth against George Kemp and others. (Appeal No. 2.) No opinion. Order affirmed, with $10 costs and disbursements. See, also, 129 N. Y. Supp. 249.

DESMOND v. BYRNE. (Supreme Court, Appellate Term. May 4, 1911.) Appeal from Municipal Court, Borough of Manhattan, Fifth District. Action by William D. Desmond against Patrick J. Byrne. From a judgment for defendant, plaintiff appeals. Reversed, and new trial ordered. Goodspeed & Maroney (Edward J. Maroney, of counsel), for appellant. William E. Murphy (Joseph E. Cavanaugh, of counsel), for respondent.

SEABURY, J. Notwithstanding that the defendant admitted that he signed a written contract with the plaintiff's assignor, under which the plaintiff's assignor was required to deliver to the defendant 15 books, for which the defendant agreed to pay $59.50, and that the books were delivered, the court below granted judgment for the defendant, dismissing the complaint. The defendant's claim that he delivered the books to an express company to return them to the plaintiff's assignor and the production of an alleged receipt from the express company seem to constitute the grounds upon which this judgment was rendered. The court also admitted other incompetent evidence tending to contradict the contract existing between the defendant and the plaintiff's assignor. Judgment reversed, and a new trial ordered, with costs to the appellant to abide the event. All concur.

DEUEL v. GREENWOOD. (Supreme Court, Appellate Term. May 18, 1911.) Appeal from City Court of New York, Trial Term. Action by Walter B. Deuel against Julia M. Greenwood, as administratrix of the goods, chattels, and credits of Clark Greenwood, deceased. From a City Court judgment in favor of defendant, and from an order denying plaintiff's motion for a new trial, he appeals. Affirmed. Julius M. Lowenstein, for appellant. Crocker & Wickes, for respondent.

SEABURY, J. After a review of the whole case, we are satisfied that no other verdict than that which the jury rendered could be upheld. Under these circumstances, we think that the judgment should be affirmed, although in our opinion the charge of the learned trial judge was not free from error. In view of the conclusion at which we have arrived from a review of the whole case, we do not believe this error prejudicial. Judgment affirmed, with costs. All concur.

DODD v. DODD. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Action by Adele S. Dodd against Frank N. Dodd. No opinion. Motion to dismiss appeal granted. Order filed.

DONLON et al., Respondents, v. DONLON, Appellant. (Supreme Court, Appellate Division, Second Department. May 5, 1911.) Action by Stephen J. Donlon and others against Stephen A. Donlon. No opinion. Motion for leave to appeal to the Court of Appeals denied. For former decision, see 128 N. Y. Supp. 1120.

DUELL et al. v. DILG. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Charles H. Duell and others against Christian F. Dilg. No opinion. Application denied, with $10 costs. Order signed.

DUFFY, Respondent, v. NEW YORK CONTRACTING CO., PENNSYLVANIA TERMINAL, Appellant. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Ellen Duffy, an infant, against the New York Contracting Company, Pennsylvania Terminal. J. C. Todd, for appellant. T. Gregory, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 128 N. Y. Supp. 1121.

DURRELL et al., Respondents, v. SCHOOL DIST. NO. 8 of TOWN OF SHERIDAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 24, 1911.) Action by John Durrell and another against School District No. 8 of the Town of Sheridan. No opinion. Motion for reargument denied, with $10 costs. For former decision, see 128 N. Y. Supp. 1121.

DUTCHER et al., Respondents, v. BAKER, Appellant. (Supreme Court, Appellate Division, Second Department. May 19, 1911.) Action by Mortimer L. Dutcher and another against George W. Baker. No opinion. Judgment modified, by striking out the provision for extra allowance, and, as so modified, judgment and order affirmed, without costs.

EASTMAN KODAK CO. v. GENNERT et al. (Supreme Court, Appellate Division, Fourth Department. May 3, 1911.) Action by the Eastman Kodak Company against Maurice G. Gennert and others.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

ROBSON, J., dissents, and votes for a modification of the order, by striking out the provision restraining appellants from putting out, selling, etc., as kodak acid fixing powder, any acid fixing powder other than that put out and sold by the plaintiff, etc.

EASTMAN KODAK CO. v. GENNERT et al. (Supreme Court, Appellate Division, Fourth Department. May 10, 1911.) Action by the

Eastman Kodak Company against Maurice G. Gennert and others.

PER CURIAM. Order affirmed, with $10 costs and disbursements. See, also, 129 N. Y. Supp. 1120.

ROBSON, J., dissents.

EATON v. HARTFORD FIRE INS. CO. (Supreme Court, Appellate Division, First Department. May 12, 1911.) Action by Charles M. Eaton against the Hartford Fire Insurance Company. No opinion. Motion granted, on payment of $10 costs. Order filed.

EDLIN, Respondent, v. BROOKLYN R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 19, 1911.) Action by Annie L. Edlin, as administratrix, etc., of Arthur T. Edlin, deceased, against the Brooklyn Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

EIDT v. EIDT et al. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by John C. Eidt against Margaret Eidt and others. No opinion. Motion granted. Question certified as stated in order. Order filed.

ELBERT, Respondent, v. GEHRIG, Appellant. (Supreme Court, Appellate Division, First Department. May 12, 1911.) Action by Benedict Elbert against Karl T. Gehrig, as treasurer, etc. S. J. Block, for appellant. A. P. Wagener, for respondent. No opinion. Order modified, by requiring plaintiff to pay all costs of action to date and $10 costs of opposing motion as a condition of allowing him to reply, and, as so modified, affirmed, without costs. Settle order on notice.

ELDER, Appellant, v. INTERNATIONAL RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 31, 1911.) Action by Frank S. Elder against the International Railway Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. For former decision, see 128 N. Y. Supp. 1122.

In re ELLISON. (Supreme Court, Appellate Division, First Department. June 9, 1911.) In the matter of John E. Ellison. No opinion. Motion denied. Settle order on notice.

EMERSON, Appellant, v. McADOO et al., Respondents. (Supreme Court, Appellate Division, First Department. May 12, 1911.) Action by Sarah H. Emerson against William McAdoo and others. B. Rembaugh, for appellant. T. Farley, for respondents. No opinion. Order affirmed. Order filed.

EPPINGER & RUSSELL CO., Respondent, v. UNITED STATES WOOD PRESERVING CO., Appellant. (Supreme Court, Appellate Division, First Department. May 5, 1911.) 129 N.Y.S.—71

Action by the Eppinger & Russell Company against the United States Wood Preserving Company. J. J. Cunneen, for appellant. S. A. Crummey, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer, on payment of costs in this court and in the court below. Order filed.

EVANS et al. v. PELTA et al. (Supreme Court, Appellate Division, First Department. May 12, 1911.) Action by Bertha Evans and others against Charles Pelta and others. No opinion. Application granted. Order signed.

FARBEROFF v. S. BONEWUR, Inc. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Action by Samuel Farberoff against S. Bonewur, Incorporated. No opinion. Motion denied, with $10 costs. Order filed.

FARBEROFF v. S. BONEWUR, Inc. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Action by Samuel Farberoff against S. Bonewur, Incorporated. No opinion. Application denied, with $10 costs. Order signed.

FEDERAL SMELTING CO. v. SECURITY STEEL & IRON CO. (Supreme Court, Appellate Division, Third Department. May 3, 1911.) Appeal from Special Term. Action by the Federal Smelting Company against the Security Steel & Iron Company. From an order reducing plaintiff's costs, it appeals. Affirmed. Shaw, Bailey & Murphy, for appellant. Edgar T. Brackett, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

HOUGHTON, J., not sitting.

BETTS, J. (dissenting). I concur with the prevailing opinion herein, except in two particulars:

First. The Special Term was clearly wrong in my opinion, in deducting from the costs as taxed $25 from the $35 item allowed upon the amendment of the answer. That $35 was allowed to plaintiff by the Special Term February 27, 1909, Justice Fitts presiding, as a condition imposed on the defendant for permission granted to amend its answer. That order still stands, not appealed from, so far as appears, and could not be reversed by another justice sitting at Trial or Special Term. It should have been permitted as costs taxed or allowance made by direction of a justice of the court. So far as this $35 item is concerned, it is just the same in the bill of costs taxed by plaintiff and the credit thereon by the plaintiff as though it had not been inserted at all. It has taxed the $35 as granted by the court, and has credited the same amount as a payment thereof by the defendant. As it is in the order appealed from, $10 only is allowed the plaintiff for the amendment, and the defendant is credited with having paid $35 on that $10, which, of course,